UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25cr11 KKM-NHA

18 U.S.C. § 1112
(Involuntary Manslaughter)

KATERI ANN SIMON, and
KODI GLENN SIMON

**INDICTMENT**

The Grand Jury charges:

JAN 8 2025 PM3:21
FILED - USDC - FLMD - TPA

**COUNT ONE**
**(Involuntary Manslaughter)**

From an unknown date, but no later than on or about July 1, 2022, through on or about November 27, 2022, at MacDill Air Force Base, Tampa, Florida, a place within the special maritime and territorial jurisdiction of the United States, in the Middle District of Florida, the defendants,

KATERI ANN SIMON and
KODI GLENN SIMON,

aiding and abetting one another, did unlawfully kill Victim 1, without malice, in the commission in an unlawful manner, and without due caution and circumspection, of a lawful act which might produce death.

All in violation of 18 U.S.C. §§ 1112 and 2.

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Abigail K. King
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Chief, Special Prosecutions

FORM OBD-34
January 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

KATERI ANN SIMON, and
KODI GLENN SIMON

## INDICTMENT

Violations: 18 U.S.C. § 1112

A true bill,

███████████████

Foreperson

Filed in open court this 8th day

of January 2025.

*Ashley Sanders*
Clerk       ASHLEY SANDERS

Bail $_____

GPO 863 525