AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Kateri Ann Simon

*Defendant*

Case No. 8:25cr11KKM-NHA

## ARREST WARRANT

JAN 21 2025 PM 4:31
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kateri Ann Simon, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Involuntary Manslaughter, in violation of 18 U.S.C. § 1112.

Date: 01/09/2025

*Issuing officer's signature*

**AMPARO MORENO**
ELIZABETH WARREN, Clerk, United States District Court

City and state: Tampa, FL

*Printed name and title*

### Return

This warrant was received on *(date)* 1-9-2025, and the person was arrested on *(date)* 1-16-2025 at *(city and state)* Ohio, USA.

Date: 1-21-2025

*Arresting officer's signature*

Daniel Hart DUSM

*Printed name and title*